AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ANDREW RICE,<br>*Plaintiff*<br>v.<br>VILLAGE OF JOHNSTOWN, OHIO,<br>*Defendant* | )<br>)<br>) Civil Action No.  2:19-CV-504<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  This case is TERMINATED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Sarah D. Motion  on a motion for _____
The Village of Johnstown's Motion for Summary Judgment (ECF No. 27) is GRANTED. The Rice family's Partial Motion for Summary Judgment (ECF No. 29) is, accordingly, DENIED. The Clerk is DIRECTED to TERMINATE this case.

Date:  10/25/2022

*CLERK OF COURT*

s/ Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*